HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DENTAL HEALTH SERVICES, INC., a Washington Corporation, DENTAL HEALTH SERVICES, a California Corporation, and DENTAL HEALTH SERVICES AMERICA, a California Corporation,

    Plaintiffs,

v.

TOBY MILLER, an individual, JOSH NACE, an individual, and DOES 1 through 50, inclusive,

    Defendants.

Case No. 2:23-CV-00383

ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES

Note on Motion Calendar:
November 13, 2023

**THIS MATTER** comes before the Court on stipulated motion by Plaintiffs Dental Health Services, Inc., Dental Health Services, and Dental Health Services of America (collectively referred to here as "DHS"), Defendant Toby Miller and Defendant Josh Nace to Set Briefing Schedule Regarding Plaintiffs' Motion to Continue Trial Date and Related Deadlines (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that upon DHS's filing of the Motion to Continue Trial Date and Related Deadlines on November 13 and noting of such motion on November 24,

Defendants shall have five court days to respond by November 20, with DHS's reply to be due no later than November 24.

DATED this 14th day of November, 2023

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

Presented by:

STOKES LAWRENCE, P.S.

/s/Mathew Harrington
Mathew Harrington (WSBA #33276)
Justo G. González (WSBA #39127)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
mathew.Harrington@stokeslaw.com
justo.Gonzalez@stokeslaw.com
*Attorneys for Plaintiffs Dental Health Services, Inc., and Dental Health Services of America*

Approved as to form;
Notice of Presentment Waived


SAVITT, BRUCE & WILLEY, LLP

/s/ Chris Lindemeier
James Savitt, WSBA #16847
Chris Lindemeier, WSBA #55515
Joshua Green Building
1425 Fourth Ave, Suite 800
Seattle, WA 98101
Telephone: (206) 749-0500
jsavitt@sbwllp.com
clindemeier@sbwllp.com
*Attorneys for Defendant Toby Miller*

1  Approved as to form;
   Notice of Presentment Waived
2
   LITTLER MENDELSON, P.C.
3
   */s/ Anne E. Reuben*
4  Anne E. Reuben, WSBA #53299
   One Union Square
5  600 University Stret, Suite 3200
   Seattle, WA 98101
6  Telephone: (206) 623-3300
   areuben@littler.com
7  *Attorney for Defendant Josh Nace*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24