The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENTAL HEALTH SERVICES, INC., a Washington Corporation, DENTAL HEALTH SERVICES, a California Corporation, and DENTAL HEALTH SERVICES OF AMERICA, a California Corporation,

Plaintiffs,

v.

TOBY MILLER, an individual, JOSH NACE, an individual, and DOES 1 through 50, inclusive,

Defendants.

No. 2:23-cv-00383-KKE

**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON TOBY MILLER'S MOTION FOR ATTORNEYS' FEES**

NOTE ON MOTION CALENDAR:
**April 12, 2024**

## STIPULATION

Plaintiffs Dental Health Services, Inc., Dental Health Services, and Dental Health Services America (collectively, "DHS") and Defendant Toby Miller ("Miller") stipulate as follows:

1. DHS's response to Miller's Motion for Attorneys' Fees and Costs (the "Fee Motion") (Dkt. No. 77) should be due Monday, April 22, 2024.

2. Miller's reply in support of the Fee Motion should be due Thursday, May 2, 2024.

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON TOBY MILLER'S MOTION FOR ATTORNEYS' FEES
No. 2:23-cv-00383-KKE – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

3. The Fee Motion should be re-noted to Friday, May 3, 2024.

SO STIPULATED this 12th day of April, 2024.

| **ARETE LAW GROUP PLLC** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| By: */s/ Jeremy Roller*<br>Jeremy E. Roller, WSBA No. 32021<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Telephone: (206) 428-3250<br>Fax: (206) 428-3251<br>jroller@aretelaw.com<br><br>*Attorneys for Dental Health Services, Inc., Dental Health Services, and Dental Health Services of America* | By: */s/ James Savitt*<br>James Savitt, WSBA No. 16847<br>Chris J. Lindemeier, WSBA No. 55515<br>Joshua Green Building<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>jsavitt@fennemorelaw.com<br>clindemeier@fennemorelaw.com<br><br>*Attorneys for Defendant Toby Miller* |

**ORDER**

IT IS SO ORDERED.

DATED: April 15, 2024

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON TOBY MILLER'S MOTION FOR ATTORNEYS' FEES
No. 2:23-cv-00383-KKE – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**SAVITT BRUCE & WILLEY, LLP**

James Savitt  
Joshua Green Building  
1425 Fourth Avenue, Suite 800  
Seattle, WA 98101-2272  
jsavitt@sbwllp.com

☐ E-mail  
☐ U.S. Mail  
☒ E-filing

*Attorney for Defendant Toby Miller*

**LITTLER MENDELSON, P.C.**

Anne E. Reuben  
One Union Square  
600 University Street, Suite 3200  
Seattle, WA 98101-3122  
areuben@littler.com

☐ E-mail  
☐ U.S. Mail  
☒ E-filing

*Attorney for Defendant Josh Nace*

Dated this 12th day of April, 2024, in Seattle, Washington.

                                        */s/ Kaila Greenberg*  
                                        Kaila Greenberg

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON TOBY MILLER'S MOTION FOR ATTORNEYS' FEES  
No. 2:23-cv-00383-KKE – Page 3

ARÊTE LAW GROUP  
1218 THIRD AVE., STE 2100  
SEATTLE, WA 98101  
O: (206) 428-3250